## 22327. HANKERSON v. THE STATE.

CANDLER, Justice. 1. The decision in *Clark v. State*, ante, controls adversely to this plaintiff in error, the exception to the judgment sustaining the constitutionality of an Act which the legislature passed in 1960 (Ga. L. 1960, p. 142; *Code Ann.* § 26-3005), as against the demurrer which contends that such Act offends the Fourteenth Amendment. (*Code* § 1-815).

2. There is no brief of evidence in this record, and since the merits of the general grounds of the motion for new trial can be determined only from a consideration of the evidence, it follows that the judgment overruling them must be affirmed. *Middleton v. State*, ante, and the cases there cited.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED FEBRUARY 6, 1964—
REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden,* for plaintiff in error.
*Andrew J. Ryan, Jr., Solicitor, R. E. Barker,* contra.